AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KATHLEEN DENNEY a.k.a. KATHLEEN M. ROOP,

              Plaintiff,

v.

GREENTREE ACQUISITIONS, LLC,

              Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5026-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is awarded in favor of plaintiff and against defendant in the total sum of $18,500, of which $7,500 is awarded for actual damages, $1,000 is awarded as statutory damages and $10,000 is awarded for additional discretionary damages.

March 25, 2010                               JAMES R. LARSEN
*Date*                                              *Clerk*
                                                   s/ Cora Vargas
                                                   *(By) Deputy Clerk*
                                                   Cora Vargas